IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-po-00036-GJR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAMES J. HARRIS,

     Defendant.

---

## ORDER RE: DEFENDANT'S UNOPPOSED
## MOTION TO CONTINUE (docket # 9)

---

The Court after review of Defendant's Unopposed Motion to Continue (docket #

9) hereby **GRANTS** the motion to continue.  Arraignment set for November 08, 2010 at

11:00 a.m. is **VACATED**.

Defendant is advised that no further continuances of the arraignment will be

granted.

Arraignment is set for January 04, 2011 at 11:00 a.m.


DATED:   November 03, 2010.

                               BY THE COURT:


                               s/ Gudrun J. Rice

                               Gudrun J. Rice
                               United States Magistrate Judge