IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-po-00036-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES J. HARRIS,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   OCTOBER 31, 2011**

      Review Hearing set for October 31, 2011 at 2:00 p.m. is **VACATED** and rescheduled to November 15, 2011 at 2:00 p.m.